THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* <br><br> v. <br><br> NAYOMI FIGUEROA-SANTIAGO, *Defendant.* | Crim. No.: 24-370 (MAJ) |

MOTION TO MODIFY CONDITIONS OF RELEASE
(To celebrate the holidays with family)

TO THE HONORABLE COURT:

Nayomi Figueroa-Santiago ("Ms. Figueroa") represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned attorney respectfully states and requests as follows:

On October 28th, 2025, USPO Franklin Castillo-Fernandez' request the Court modified conditions of release to include electronic monitoring (DE 58). Since then, Ms. Figueroa has complied with all conditions of her supervised release and is waiting for her sentencing hearing on February 3rd, 2026.

Ms. Figueroa requests that the Court let her spend December 24th, 2025, at her great grandmother's house in Trujillo Alto to celebrate Christmas. The exact address has been forwarded to Ms. Figueroa's supervising probation officer ("USPO") Franklin Castillo. Ms. Figueroa respectfully requests permission to leave her house at 6 p.m. and return by 2 a.m. During this outing she will be accompanied by her mother, Yashira Santiago, who is her TPC. Also, her stepfather, who is a PRPD officer, will also attend as well as her grandparents, and several other family members.

1

Mrs. Figueroa would also like to spend New Year's Eve with her family at her father's house, also in Trujillo Alto (address has also been provided to USPO Castillo) Ms. Figueroa respectfully requests permission to leave her house at 6 p.m. and return by 3 a.m. During this outing she will be accompanied by her father, stepmother, siblings, grandmother and her boyfriend along with his family. It is respectfully requested that Court give Ms. Figueroa permission to celebrate the holidays with her family.

**Wherefore**, it is respectfully requested that this Honorable Court take notice of the above motion and the same be granted.

**I hereby certify** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**Respectfully submitted.**

In San Juan, Puerto Rico, this 16th, day of December 2025.

Rachel Brill
Federal Public Defender

S/ SULAY RIOS-FUENTES
Sulay Rios-Fuentes
USDC-PR222901
Assistant Federal Public Defender
Patio Gallery Building
241 Franklin D. Roosevelt
San Juan, PR 00918-2441
787.281.4922
Email: sulay_rios@fd.org